No. 266. WILLIS *v.* BEELER, TRUSTEE IN BANKRUPTCY. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

*Messrs. Coleman Avery, John W. Peck,* and *Harry N. Routzohn* for petitioner. *Messrs. Province M. Pogue* and *Henry B. Street* for respondent.